**BIBIYAN LAW GROUP, P.C.**
David D. Bibiyan (Cal. Bar No. 287811)
*david@tomorrowlaw.com*
Sarah H. Cohen (Cal. Bar No. 330700)
*sarah@tomorrowlaw.com*
Lizette Rodriguez (Cal. Bar No. 335182)
*lizette@tomorrowlaw.com*
1460 Westwood Boulevard
Los Angeles, California 90024
Tel: (310) 438-5555; Fax: (310) 300-1705

Attorneys for Plaintiff, AMBAR JAZMINE SOTERO and on behalf of all others similarly situated

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| AMBAR JAZMINE SOTERO, an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMMUNICATIONS TEST DESIGN, INC., a Pennsylvania corporation; GERALD PARSONS, an individual and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 5:24-CV-02072-DSF-MAR<br><br>**JOINT REPORT RE: STATUS OF ARBITRATION**<br><br>Next Joint Report Due: July 16, 2025 |

JOINT REPORT RE: STATUS OF ARBITRATION

Pursuant to the Court's order Granting CTDI's Motion to Compel Arbitration (ECF No. 10), Plaintiff Ambar Jazmine Sotero ("Plaintiff") and Defendant Communications Test Design, Inc. and Gerald Parsons ("Defendants" and together with Plaintiff, "the Parties") submit this Joint Report.

The Parties are currently discussing the possibility of alternative dispute resolutions. However, if the Parties are not able to reach an agreement prior to the next joint report, they will move forward with individual arbitration. As such, the Parties will provide an update on the matter and/or the administrator's information as well as the name of the arbitrator on the next joint report.

Dated: March 18, 2025             BIBIYAN LAW GROUP, P.C.


                                  BY: */s/ Lizette Rodriguez*
                                      David D. Bibiyan
                                      Sarah H. Cohen
                                      Lizette Rodriguez
                                  Attorneys for Plaintiff AMBAR JAZMINE SOTERO, and on behalf of all others similarly situated

Dated: March 18, 2025             BLANK ROME


                                  BY: */s/ Caroline Powell Donelan*
                                      Caroline Powell Donelan
                                  Attorneys for Defendant

JOINT REPORT RE: STATUS OF ARBITRATION